UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE MAIN STREET AMERICA GROUP
as subrogee of New Tampa Dental, P.A.,

    Plaintiff,

v.                                           CASE NO: 8:09-cv-1269-T-26TGW

DELL, INC., LITE-ON IT CORPORATION,
and PANASONIC CORPORATION OF
NORTH AMERICA,

    Defendants.
                                         /

## **O R D E R**

Upon due consideration of the well-pleaded allegations of Plaintiff's complaint, it is ordered and adjudged that Defendant Panasonic Corporation of North America's Motion for More Definite Statement (Dkt. 5) is denied. Plaintiff's allegations with regard to the defectiveness of the batteries at issue are not so vague and ambiguous that this Defendant, or any of the other Defendants for that matter, cannot reasonably prepare a response to those allegations. Defendant Panasonic shall file its answer and defenses, if any, to Plaintiff's complaint within 10 (ten) days of this order.

**DONE AND ORDERED** at Tampa, Florida, on July 14, 2009.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record