**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

THE MAIN STREET AMERICA GROUP,

Plaintiff,

v. CASE NO. 8:09-cv-1269-T-26TGW

DELL INC., LITE-ON IT CORPORATION and PANASONIC CORPORATION,

Defendants.
_______________________________________/

VALLEY FORGE INSURANCE COMPANY,

Plaintiff,

v. CASE NO. 8:09-cv-1776-T-26TGW

DELL INC., PANASONIC CORPORATION OF NORTH AMERICA, and LITE ON TECHNOLOGY CORPORATION,

Defendants.
_______________________________________/

**NOTICE OF EXPERT DISCLOSURES**

Plaintiff, Valley Forge Insurance Company, through undersigned counsel, hereby gives notice that on January 8, 2010 it served its expert disclosures in this matter.

Respectfully submitted this 8th day of January 2010.

/s/ John W. Reis
John W. Reis
Florida Bar No.: 946133
COZEN O'CONNOR
One Wachovia Center, Suite 2100
301 South College Street
Charlotte, NC 28202
Phone: (704) 376-3400 or 800-762-3575
Fax: (704) 334-3351
Email: jreis@cozen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2010, I caused a copy of the foregoing to be served by filing it electronically with the court which will, in turn, serve electronically the following: (1) Richard S. Maselli, Esquire, and Timon V. Sullivan, Esquire, OGDEN & SULLIVAN, PA , 113 S Armenia Ave., Tampa , FL 33609-1006, email rmaselli@ogdensullivan.com, tsullivan@ogdensullivan.com, *attorneys for Panasonic Corporation*; (2) Peggy Smith Bush, Esquire, SMITH TOOLE & WIGGINS, PL, 485 N. Keller Road, Suite 401, Maitland, FL 32751, Email: pbush@stw-law.com, *attorney for Lite-On Technology Corporation*; (3) Larry D. Smith, SMITH TOOLE & WIGGINS, PL, 485 N. Keller Road, Suite 401, Maitland, FL 32751, Email: LSmith@stw-law.com; (4) Scott Bassman, Esquire, COLE SCOTT & KISSANE, P.A., Dadeland Center II, 9150 S. Dadeland Blvd., Miami, FL 33156, scott.bassman@csklegal.com, *attorney for Dell Inc.*; (5) Vincent Gannuscio, Esquire, COLE SCOTT & KISSANE, P.A., 5201 W. Kennedy Blvd., Suite 750, Tampa, FL 33609, email: Vincent.gannuscio@csklegal.com., *co-counsel for Dell Inc.*; (6) Joshua Kaleel, Esquire, BROMAGEN & RATHET, P.A., 3948 3rd Street S., #293, Jacksonville Beach, Florida 32250-584; email: Joshua@bromagenlaw.com, attorney for Main Street America; (6) Nicholas F. Mooney, Esquire, BROMAGEN & RATHET, P.A., 201 East Kennedy Boulevard, Suite 500, Tampa, Florida 33606, email: nick.mooney@bromagenlaw.com, co-counsel for Main Street America.

_/s/ John W. Reis_____________

John W. Reis
Florida Bar No.: 946133
COZEN O'CONNOR
One Wachovia Center, Suite 2100
301 South College Street
Charlotte, NC 28202
Phone: (704) 376-3400 or 800-762-3575
Fax: (704) 334-3351
Email: jreis@cozen.com