UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE MAIN STREET AMERICA GROUP,

Plaintiff,

vs. CASE NO: 8:09-cv-1269-T-26TGW

DELL, INC., LITE-ON IT CORPORATION
And PANASONIC CORPORATION,

Defendants.
_________________________________/

VALLEY FORGE INSURANCE COMPANY,

Plaintiff,

vs. CASE NO: 08:09-cv-1776-T-26TGW

DELL, INC., PANASONIC CORPORATION OF NORTH AMERICA and LITE-ON TECHNOLOGY CORPORATION

Defendants.
_________________________________/

**NOTICE OF EXPERT DISCLOSURES**

Plaintiff, THE MAIN STREET AMERICA GROUP, through their undersigned counsel, hereby gives notice that on January 8, 2010 it served its expert disclosures in this matter

Respectfully submitted this 8th day of January 2010.

Bromagen & Rathet, P.A.
Attorneys for Main Street America Group ("MSAG")

By: ______________________________

Joshua T. Kaleel, Esq.
Florida Bar No: 0050899
Attorneys for MSAG
BUSINESS ADDRESS:
135 2nd Avenue North, Suite 1
Jacksonville Beach, Florida 32250
(904) 242-0860 Telephone
(904)242-0830 Facsimile
Joshua.kaleel@bromagenlaw.com

## CERTIFICATION OF COUNSEL

I hereby certify that a true copy of the foregoing was served upon the following attorneys of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by first class mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

Richard S. Maselli
Ogden & Sullivan, P.A.
113 South Armenia Avenue
Tampa, FL 33609-3307
Telephone: 813-223-5111
RMaselli@ogdensullivan.com
**Counsel for Defendant Panasonic**

Peggy Smith Bush, Esq.
Smith Toole & Wiggins PL
485 N. Keller Rd., Suite 401
Maitland, FL 32751
Telephone: 407-246-1800
pbush@cabaniss.net
**Counsel for Defendant Lite-On**

Scott A. Bassman, Esq.
Cole, Scott & Kissane, P.A.
Dadeland Center II
9150 S. Dadeland Blvd., Suite 1400
Miami, FL 33156
Scott.bassman@csklegal.com
**Counsel for Defendant Dell, Inc.**

John W. Reis, Esq.
Cozen O'Connor
One Wachovia Center, Suite 2100
301 South College St.
Charlotte, NC 28202
Telephone: 704-376-3400
jreis@cozen.com
**Counsel for Plaintiff Valley Forge**

Larry D. Smith, Esq.
Smith Toole & Wiggens, PL
485 Keller Rd., Suite 401
Maitland, FL 32751
Telephone: 407-246-1800
LSmith@stw-law.com
**Co-Counsel for Defendant Lite-On**

Vincent Gannuscio, Esquire
Cole, Scott & Kissane, P.A.
5201 W. Kennedy Blvd., Suite 750
Tampa, FL 33609
Vincent.gannuscio@csklegal.com
**Co-Counsel for Dell, Inc.**

BROMAGEN & RATHET, PA

Dated: January 8th, 2010

By: ____________________
Nicholas F. Mooney, Esquire
Florida Bar No. 0508217
J. Thomas Kaleel, Esquire
Florida Bar No: 0050899
Attorneys for MSAG
135 2nd Avenue North, Suite 1
Jacksonville Beach, Florida 32250
(904) 242-0860 Telephone
Joshua.kaleel@bromagenlaw.com