**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

THE MAIN STREET AMERICA GROUP,

Plaintiff,

v. CASE NO. 8:09-cv-1269-T-26TGW

DELL INC., LITE-ON TECHNOLOGY CORPORATION and PANASONIC CORPORATION,

Defendants.
_______________________________________/

VALLEY FORGE INSURANCE COMPANY,

Plaintiff,

v. CASE NO. 8:09-cv-1776-T-26TGW

DELL INC., PANASONIC CORPORATION OF NORTH AMERICA, and LITE ON TECHNOLOGY CORPORATION,

Defendants.
_______________________________________/

**PLAINTIFF MSAG'S AMENDED RULE 26(a)**
**DISCLOSURES AS TO COMPUTATION OF DAMAGES**

Plaintiff, THE MAIN STREET AMERICA GROUP ("MSAG"), by and through undersigned counsel, files its Amended Rule 26 Disclosures as to Computation of Damages, based upon information known to Plaintiff MSAG and its counsel, as follows:

A. *Plaintiff MSAG Witness Disclosure:*

1. **Employees of New Tampa Dental, P.A.**
The witnesses' knowledge includes, but is not limited to, damages, office procedures and computer procedures/maintenance.

2. **Employees of John Eastern Company, Inc.**
The witness' knowledge includes, but is not limited to, damages.

3. **Employees of EFI Global**
The witness' knowledge includes, but is not limited to, liability.

4. **Employees of Interscience, Inc.**
The witness' knowledge includes, but is not limited to, location and preservation of evidence.

5. **Employees of Dell, Inc.**
The witness' knowledge includes, but is not limited to, liability.

6. **Employees of AIG Domestic Claims, Inc.**
The witness' knowledge includes, but is not limited to, Defendant Dell's insurance coverage.

7. **Employees of Lite-On Technology Corporation**
The witness' knowledge includes, but is not limited to, liability.

8. **Employees of Panasonic Corp. of North America**
The witness' knowledge includes, but is not limited to, liability.

9. **Employees of Pyro-Technical Investigations**
The witness' knowledge includes, but is not limited to, liability.

10. **Employees of Safety Engineering Laboratories, Inc.**
The witness' knowledge includes, but is not limited to, liability.

11. **Employees of National Forensic Consultants, Inc.**
The witness' knowledge includes, but is not limited to, liability.

12. **Employees of Whiting & Turner Contracting Company**
The witness' knowledge includes, but is not limited to, building damages.

13. **Employees of Morgan Johnson Carpenter & Company**
The witness' knowledge includes, but is not limited to, damages.

14. **Employees of Belfor USA**
The witness' knowledge includes, but is not limited to, liability and damages.

15. **Any other persons that may become known through discovery and additional investigation as the case proceeds.**

B. *Plaintiff MSAG Documents, Data compilations, and Tangible things:*

1. Report(s) of responding emergency agencies and personnel

2. Fire Marshall Report (MSAG has requested, but not yet received, a copy of this report).

3. Insurance Adjuster reports

4. Tangible evidence and fire debris (currently in the possession of Interscience, Inc.)

5. Owner's Manual for Dell Inspiron 1100

6. Expert reports and photographs (upon receipt)

7. Any other documents that may become known through discovery and additional investigation as the case proceeds.

C. *Computation of Damages:*

| **PAYEE** | **AMOUNT** |
|---|---|
| **Sullivan-Schein Dental** | **$ 314,311.93** |
| **SPG Communications, Inc.** | **$ 50,625.94** |
| **Belfor USA** | **$ 63,441.68** |
| **American Lifestyle Kitchens** | **$ 17,400.00** |
| **Darby Dental Supply, LLC** | **$ 9,477.05** |
| **Whiting & Turner** | **$ 107,360.00** |
| **New Tampa Dental** | **$ 458,762.00** |
| **TOTAL:** | **$1,021,378.60** |

D. *Insurance Agreement:*

N/A

**CERTIFICATE OF SERVICE ON FOLLOWING PAGE**

**CERTIFICATION OF COUNSEL**

I hereby certify that a true copy of the foregoing was served upon the following attorneys of record identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by first class mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

Richard S. Maselli
Ogden, Sullivan & O'Connor, P.A.
113 South Armenia Avenue
Tampa, FL 33609-3307
RMaselli@ogdensullivan.com
**Counsel for Defendant Panasonic**

Peggy Smith Bush, Esq.
Southern Trial Counsel, PLC
P.O. Box 1926
Orlando, FL 32802
PBush@southerntrialcounsel.com
**Counsel for Defendant Lite-On**

Scott A. Bassman, Esq.
Cole, Scott & Kissane, P.A.
Dadeland Center II
9150 S. Dadeland Blvd., Suite 1400
Miami, FL 33156
Scott.bassman@csklegal.com
**Counsel for Defendant Dell, Inc.**

John W. Reis, Esq.
Cozen O'Connor
One Wachovia Center, Suite 2100
301 South College St.
Charlotte, NC 28202
jreis@cozen.com
**Counsel for Plaintiff Valley Forge**

Larry D. Smith, Esq.
Southern Trial Counsel, PLC
P.O. Box 1926
Orlando, FL 32802
LSmith@southerntrialcounsel.com
**Co-Counsel for Defendant Lite-On**

Vincent Gannuscio, Esquire
Cole, Scott & Kissane, P.A.
5201 W. Kennedy Blvd., Suite 750
Tampa, FL 33609
Vincent.gannuscio@csklegal.com
**Co-Counsel for Dell, Inc.**

Timon V. Sullivan, Esq.
Ogden, Sullivan & O'Connor, P.A.
113 South Armenia Avenue
Tampa, FL 33609-3307
tsullivan@ogdensullivan.com
**Counsel for Defendant Panasonic**

Michael A. Zaritsky, Esq.
Zaritsky Law Group
5012 W. Lemon Street
Tampa, FL 33609
Michael@zaritskylaw.com
**Counsel for non-Parties New Tampa Dental, P.A., WAM, LLC, and Dr. Doug Nguyen**

Dated: May 27th, 2010

BROMAGEN & RATHET, PA

By: [signature]
Joshua T. Kaleel, Esquire
Florida Bar No: 0050899
Nicholas F. Mooney, Esquire
Florida Bar No. 0508217
Attorneys for MSAG
135 2nd Avenue North, Suite 1
Jacksonville Beach, Florida 32250
(904) 242-0860 Telephone
Joshua.kaleel@bromagenlaw.com