UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE MAIN STREET AMERICA GROUP and
VALLEY FORGE INSURANCE COMPANY,

     Plaintiffs,

v.                            CASE NO: 8:09-cv-1269-T-26TGW

DELL, INC., et al.,

     Defendants.

_____/

**O R D E R**

Pending before the Court is another motion for enlargement of time and modification of the Court's Case Management and Scheduling Order with regard to expert disclosures. This motion filed by Plaintiffs' counsel, as well as the motion filed yesterday by Defendants' counsel, should not have been necessary inasmuch as counsel should have been able to resolve the timing of expert disclosures among themselves in light of recent developments, subject to approval by the Court, thus obviating the need for the expenditure of client and judicial resources.[1]

After considering Defendants' motion and Plaintiffs' motion, as well as the recent developments presented by the parties, and in an effort to accommodate the needs of all parties, the Court amends the Amended Case Management and Scheduling Order filed at docket 92 as follows:

---

[1]  Th Court reminds counsel of their obligation under Local Rule 2.04(h) to "conduct themselves with civility and in a spirit of cooperation to reduce unnecessary cost and delay."

1) Plaintiffs shall make their supplemental expert disclosures no later than March 14, 2011.

2) Defendants shall make their expert disclosures no later than May 2, 2011.

3) The discovery deadline is extended until July 15, 2011.

4) The dispositive motion filing deadline is extended until August 29, 2011.

5) Plaintiffs' Motion for Enlargement of Time and to Modify (Dkt. 99) are denied as moot.

**DONE AND ORDERED** at Tampa, Florida, on February 11, 2011.


s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**


COPIES FURNISHED TO:
Counsel of Record