**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

THE MAIN STREET AMERICA GROUP,

     Plaintiff,

v.                                 CASE NO: 8:09-cv-1269-T-26TGW

DELL, INC., *et al.*,

     Defendants.

_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Plaintiff's Motion to

Strike (Dkt. 138) is denied for failure to comply with the requirements of Local Rule

3.01(g).  In light of Plaintiff's objection, Plaintiff's counsel shall file a separate statement

of disputed facts in its response to Defendant Dell, Inc.'s motion for summary judgment

as required by paragraph 6(c) of the Court's Amended Case Management and Scheduling

Order entered November 4, 2010, at docket 92.

     **DONE AND ORDERED** at Tampa, Florida, on August 30, 2011.


                          *s/Richard A. Lazzara*_____
                         **RICHARD A. LAZZARA**
                         **UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record